**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:                                                                     CASE NO. 15-66986 JRS
HOUSTON, PAMELA

    Debtor(s)                                      CHAPTER 7

                                                                      JUDGE JAMES R. SACCA

## NOTICE OF PROPOSED ABANDONMENT

In accordance with Fed.R.Bank.P 6007, NOTICE is hereby given of the proposed abandonment or other disposition of the estate's interest in the following described property:

The estate's interest in the debtor's real estate located at:

**6820 Polonia Avenue Cleveland OH**

The trustee further believes such property to be burdensome and of no value to the estate. Notice is hereby given that you have fourteen (14) days from the date of the mailing of this notice to file written objections to said abandonment. Such objection should be filed with:

                    United States Bankruptcy Court
           Northern District of Georgia, Atlanta Division
                 1340 Russell Federal Building
                    75 Ted Turner Drive, SW
                       Atlanta, GA 30303

and a copy sent to the Trustee:

                                  William J. Layng, Jr.
                                  Chapter 7 Trustee
                                  WILLIAM J. LAYNG, JR., P.C
                                  2451 Cumberland Parkway, Suite 3477
                                  Atlanta, Georgia 30339-6157

    If an objection to the proposed abandonment of property is timely filed, a hearing will be scheduled with notice to the objecting party. If no objection is filed with the Court, the property will be deemed abandoned without further hearing or Order of this Court.

    Submitted this October 9, 2015

                                            <u>/s/ William J. Layng, Jr.</u>
                                            William J Layng, Jr. Chapter 7 Trustee
                                            WILLIAM J. LAYNG, JR., P.C
                                            2451 Cumberland Parkway, Suite 3477
                                            Atlanta, Georgia 30339-6157
                                            404-276-4749